

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-12-00108-CV

**IN THE INTEREST OF M.G.N.** and A.C.N., Minor Children

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2008-CI-17947
Honorable Antonia Arteaga, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ANGELINI, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED. Costs of court are assessed against Appellant.

SIGNED July 29, 2015.

_____
Patricia O. Alvarez, Justice